1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY D. FOWLER,

        Petitioner,

    v.

MAGGIE MILLER-STOUT,

        Respondent.

Case No.  C07-5356RJB-KLS

ORDER REGARDING STATE COURT RECORD

This matter is before the Court on petitioner's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Dkt. #1) and respondent's filing of her answer thereto (Dkt. #19) and submission of the state court record (Dkt. #20).  Upon review of the state court record, it appears transcripts of petitioner's trial and related proceedings are not included therein.  However, because the Court deems the transcripts thereof to be necessary to the full and fair resolution of this matter, respondent hereby is directed to file copies of those transcripts with the Court by **no later than March 22, 2008**.

Accordingly, the Clerk shall re-note this matter for consideration on **March 28, 2008**.  The Clerk also shall send a copy of this Order to petitioner and counsel for respondent.

DATED this 21st day of February, 2008.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER
Page - 1